**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERDINAND REYNOLDS, | Case No. CV 18-1477-MWF (JPR) |
| Plaintiff, | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |
| v. | |
| DAVID NGUYEN, | |
| Defendant. | |

The Court has reviewed the records on file and Report and Recommendation of U.S. Magistrate Judge, which recommends that Defendant's motion for summary judgment be granted and his requests to strike and for judicial notice be denied as moot and that Plaintiff's requests for sanctions, expenses, and a hearing be denied. See 28 U.S.C. § 636. On January 7, 2022, Plaintiff objected to the R. & R.; Defendant responded on January 20.

Plaintiff mistakenly claims that the Court "already officially" denied Defendant's summary-judgment motion "on September 24, 2019." (Objs. at 1.) On that date, however, the Court ruled on Defendant's motion to dismiss, not any summary-judgment motion. (See id., Ex. A at 2 (Court denying Defendant's motion to dismiss in part).) The Court explained to Plaintiff

his obligations in opposing the summary-judgment motion (see ECF No. 98), as did Defendant (see ECF No. 96-7).

Plaintiff doesn't otherwise object to the R. & R., and the Court accepts the findings and recommendations of the Magistrate Judge.  It therefore is ORDERED that Defendant's motion for summary judgment is GRANTED and his requests to strike and for judicial notice are DENIED AS MOOT and that Plaintiff's requests for sanctions, expenses, and a hearing are DENIED.  Judgment is to be entered in Defendant's favor, dismissing this action with prejudice.

DATED: January 21, 2022   _____
MICHAEL W. FITZGERALD
United States District Judge

2