JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERDINAND REYNOLDS, | ) Case No. CV 18-1477-MWF (JPR) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| DAVID NGUYEN, | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

This action is dismissed with prejudice and in Defendant's favor.

DATED: January 21, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge